No. 93–1637. MEDICAL SOCIETY OF THE STATE OF NEW YORK ET AL. *v.* SOBOL, COMMISSIONER OF THE DEPARTMENT OF EDUCATION OF NEW YORK, ET AL. Ct. App. N. Y. Motion of American Medical Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 93–8109. HUGHES *v.* TEXAS. Ct. Crim. App. Tex. Motion of petitioner to strike the brief in opposition denied. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentence in this case.

No. 93–8151. MORAN *v.* PENNSYLVANIA. Sup. Ct. Pa.;
No. 93–8207. ESPINOSA *v.* FLORIDA. Sup. Ct. Fla.; and
No. 93–8636. GEORGE *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant certiorari and vacate the death sentences in these cases.